**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **The Norton Construction Co.,** | ) | **CASE NO. 1:03 CV 2257** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **U.S. Army Corps of Engineers, et al.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order upon the parties' respective Merits Briefs (Doc. Nos. 47, 52), hereby enters judgment in favor of plaintiff The Norton Construction Company and against defendants United States Army Corps of Engineers and William J. Bulen.

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 5/10/05

1